# Exhibit 1
## *Order Appointing Administrator Ad Litem*

Case 3:26-cv-00705     Document 11-1     Filed 06/01/26     Page 1 of 3 PageID #: 200



LODGED

2-26-2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:

JOSEPH ADAM DENTON      |    Case No.

DECEASED

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ DC

---

### ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR
### CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS ___27___ DAY OF ___Feb___, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___ day of _____, ____
Lisa Crowell, Rutherford County Clerk
By: _____
Deputy Clerk

SEAL
RUTHERFORD COUNTY CLERK

APPROVED FOR ENTRY:


DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049


/s/Donald K. Byrd
DONALD K. BYRD