# Exhibit 2
*Proof of Compliance with Pre-suit Notice Requirement*

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 1 of 145 PageID #: 203

# 1. Notice to Rutherford County Adult Detention Center



# THE **HIGGINS** FIRM
### Attorneys at Law

Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

| | | |
|---|---|---|
| **Re:** | **Resident/Patient** | : **Joseph Adam Denton** |
| | **Patient's Date of Birth** | : **7/20/1987** |
| | **Claimant** | : **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
| | | **11041 S Windrow Road** |
| | | **Rockvale, TN 37153** |
| | **Claimant Relationship to Patient** | : **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

BJM/final

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 4 of 145 PageID #: 206

## List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

Page 1 of 2



TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| | | |
|---|---|---|
| **1. Decedent's Legal Name** JOSEPH ADAM DENTON | **2. Sex** MALE | **3. Date of Death** 05/31/2025 |

| 4. Time of Death (Approx.) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 12:57 PM | 37 | 07/20/1987 | NASHVILLE, TN |

**8a. Place of Death** ER/OUTPATIENT

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | MURFREESBORO | RUTHERFORD |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| NEVER MARRIED | | DISABLED | DISABLED |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | RUTHERFORD | ROCKVALE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 11041 S WINDROW RD | NO | 37153 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| SOME COLLEGE CREDIT, BUT NO DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| TIMOTHY DENTON | MELINDA ANN EDWARDS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| VIRGINIA NEELY EDWARDS | GRANDMOTHER | 11041 S WINDROW RD, ROCKVALE, TN 37153 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | EDWARDS FAMILY CEMETERY | ROCKVALE, TN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ DONALD K AYERS | 2374 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 104 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 06/05/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ ERIN M CARNEY, M.D. | 50160 | 06/04/2025 |

**27d. Name and Address** ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

**28. Part I.** ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. PENDING | |
| | b. | |
| | c. | |
| | d. | |

**Part II.** OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| | 29a. Was an Autopsy Performed? |
|---|---|
| | |
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| PENDING | | |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

*Edward H Bishop III*
Edward G. Bishop III
State Registrar

*John R. Dunn*
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF TENNESSEE
## CERTIFICATION OF VITAL RECORD



TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER **2025 035749**

| 1. Decedent's Legal Name | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth |
|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | |
| 37 | | | | | 07/20/1987 |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

| 27d. Name And Address |
|---|
| ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

LODGED

2-26-2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                         |

JOSEPH ADAM DENTON          |    Case No.

DECEASED                              |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ d _____ D C

### ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS __27__ DAY OF __Feb__, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___ day of _____, ____
Lisa Crowell, Rutherford County Clerk
By: _____
Deputy Clerk

SEAL
RUTHERFORD COUNTY CLERK

Case 3:26-cv-00705      Document 11-2      Filed 06/01/26      Page 8 of 145 PageID #: 210

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County ·
940 New Salem Highway
Murfreesboro, TN 37129-3335

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

**Complete Emergency Medical Transport & Health Record**
**Complete Autopsy Report, Autopsy Photographs & Toxicology Report**
**Complete Health Record from Physician's Office or Clinic or Chiropractor**
**Complete Durable Medical Equipment Record/Medical Supply Record**
**Complete Prosthetic Equipment & Fitting Record**
**Radiology Reports and Radiology Studies (Films & Images)**
**Laboratory Test Results/Pathology Reports/Pathology Slides**
**Complete Inpatient and Outpatient Health Record**
**Emergency Room Record**
**Abstract of Health Record ( All Transcribed Physician Reports & Test Results)**

**History & Physical Exam**
**Discharge Summary**
**Consultation Reports Progress Notes**
**Laboratory Test Results**
**Radiology Reports**
**Radiology Studies (Films & Images) to Match Attached Reports**
**Operative Reports**
**Pathology Reports & Pathology Slides**
**Photos/Videos/Digital Images**
**Nursing Notes Activities of Daily Living**
**Nutrition Records**
**Complete Pharmacy/Prescription Record**
**Complete Nursing Home Record**
**Complete Funeral Home Record**
**Complete Dental Record**
**Complete Billing Record / Itemized Statement**

\*Any and all other records in your possession pertaining to: Joseph Adam Denton                    .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _VE_ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_                DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

*[Notary seal: STATE OF TENNESSEE NOTARY PUBLIC — LUCAS CAMPBELL, DAVIDSON COUNTY]*

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

**Complete Emergency Medical Transport & Health Record**
**Complete Autopsy Report, Autopsy Photographs & Toxicology Report**
**Complete Health Record from Physician's Office or Clinic or Chiropractor**
**Complete Durable Medical Equipment Record/Medical Supply Record**
**Complete Prosthetic Equipment & Fitting Record**
**Radiology Reports and Radiology Studies (Films & Images)**
**Laboratory Test Results/Pathology Reports/Pathology Slides**
**Complete Inpatient and Outpatient Health Record**
**Emergency Room Record**
**Abstract of Health Record ( All Transcribed Physician Reports & Test Results)**

**History & Physical Exam**
**Discharge Summary**
**Consultation Reports Progress Notes**
**Laboratory Test Results**
**Radiology Reports**
**Radiology Studies (Films & Images) to Match Attached Reports**
**Operative Reports**
**Pathology Reports & Pathology Slides**
**Photos/Videos/Digital Images**
**Nursing Notes Activities of Daily Living**
**Nutrition Records**
**Complete Pharmacy/Prescription Record**
**Complete Nursing Home Record**
**Complete Funeral Home Record**
**Complete Dental Record**
**Complete Billing Record / Itemized Statement**

\*Any and all other records in your possession pertaining to: _Joseph Adam Denton_ .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_                     DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE ___3/5/2026___
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987            SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION**: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| Complete Emergency Medical Transport & Health Record | History & Physical Exam |
| | Discharge Summary |
| Complete Autopsy Report, Autopsy Photographs & Toxicology Report | Consultation Reports Progress Notes |
| | Laboratory Test Results |
| Complete Health Record from Physician's Office or Clinic or Chiropractor | Radiology Reports |
| | Radiology Studies (Films & Images) to Match Attached Reports |
| Complete Durable Medical Equipment Record/Medical Supply Record | Operative Reports |
| Complete Prosthetic Equipment & Fitting Record | Pathology Reports & Pathology Slides |
| Radiology Reports and Radiology Studies (Films & Images) | Photos/Videos/Digital Images |
| | Nursing Notes Activities of Daily Living |
| Laboratory Test Results/Pathology Reports/Pathology Slides | Nutrition Records |
| | Complete Pharmacy/Prescription Record |
| Complete Inpatient and Outpatient Health Record | Complete Nursing Home Record |
| Emergency Room Record | Complete Funeral Home Record |
| Abstract of Health Record ( All Transcribed Physician Reports & Test Results) | Complete Dental Record |
| | Complete Billing Record / Itemized Statement |

*Any and all other records in your possession pertaining to: __Joseph Adam Denton__ .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__

SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE



U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9414 7111 0549 5915 9182 15>

RETURN RECEIPT TRACKING NUMBER
9490911105495815818257

| FEES | |
| --- | --- |
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

ARTICLE ADDRESS TO:

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

EAST STATION
MAR 1 3 2026
Postmark Here
NASHVILLE, TN 37206

Denton, J NL3



SENDER: COMPLETE THIS SECTION

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

9490 9111 0549 5815 8182 57

2. Article Number (Transfer from service label)
9414 7111 0549 5815 8182 15

PS Form 3811 Facsimile, July 2015 (SDC 3930)

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( ☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)   C. Date of Delivery
SLOCHERT 842   3/16/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 1 9 2026
By

3. Service Type
☑ Certified Mail®

Domestic Return Receipt



# THE **HIGGINS** FIRM
### Attorneys at Law

Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

| | | | |
|---|---|---|---|
| **Re:** | **Resident/Patient** | : | **Joseph Adam Denton** |
| | **Patient's Date of Birth** | : | **7/20/1987** |
| | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
| | | | **11041 S Windrow Road** |
| | | | **Rockvale, TN 37153** |
| | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 17 of 145 PageID #: 219

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

## List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

----

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| | | |
|---|---|---|
| **1. Decedent's Legal Name** JOSEPH ADAM DENTON | **2. Sex** MALE | **3. Date of Death** 05/31/2025 |

| 4. Time of Death (Approx.) 12:57 PM | 5a. Age 37 | 6. Date of Birth 07/20/1987 | 7. Birthplace NASHVILLE, TN |
|---|---|---|---|

**8a. Place of Death**
ER/OUTPATIENT

| 8b. Facility Name SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | 8c. City or Town MURFREESBORO | 8d. County of Death RUTHERFORD |
|---|---|---|

| 9. Marital Status NEVER MARRIED | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation DISABLED | 11b. Kind of Business/Industry DISABLED |
|---|---|---|---|

| 12. Social Security Number 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 | 13a. Residence-State or Foreign Country TENNESSEE | 13b. County RUTHERFORD | 13c. City or Town ROCKVALE |
|---|---|---|---|

| 13d. Street and Number 11041 S WINDROW RD | 13e. Inside City Limits? NO | 13f. Zip Code 37153 | 14. Was Decedent ever in US Armed Forces? NO |
|---|---|---|---|

| 15. Decedent's Education SOME COLLEGE CREDIT, BUT NO DEGREE | 16. Decedent of Hispanic Origin? NO, NOT SPANISH/HISPANIC/LATINO | 17. Decedent's Race WHITE |
|---|---|---|

| 18. Father's Name TIMOTHY DENTON | 19. Mother's Name Prior to First Marriage MELINDA ANN EDWARDS |
|---|---|

| 20a. Informant's Name VIRGINIA NEELY EDWARDS | 20b. Relationship to Decedent GRANDMOTHER | 20c. Mailing Address 11041 S WINDROW RD, ROCKVALE, TN 37153 |
|---|---|---|

| 21a. Method of Disposition BURIAL | 21b. Place of Disposition EDWARDS FAMILY CEMETERY | 21c. Location ROCKVALE, TN |
|---|---|---|

| 22a. Signature of Funeral Director ► /e/ DONALD K AYERS | 22b. License Number 2374 | 22c. Signature of Embalmer ► | 22d. License Number |
|---|---|---|---|

| 23a. Name and Address of Funeral Home JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 23b. License Number 104 |
|---|---|

| 24. Registrar's Signature ► /e/ EDWARD G BISHOP III | 25. Date Filed 06/05/2025 |
|---|---|

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier ► /e/ ERIN M CARNEY, M.D. | 27b. License Number 50160 | 27c. Date Signed 06/04/2025 |
|---|---|---|

27d. Name and Address
ERIN M CARNEY, M.D, 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. PENDING | |
| | b. | |
| | c. | |
| | d. | |

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

29a. Was an Autopsy Performed?

29b. Were Autopsy Findings Available to Complete the Cause of Death?

| 30. Manner of Death PENDING | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Edward H Bishop III
Edward G. Bishop III
State Registrar

John R. Dunn
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Date Issued: Aug-28-2025

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



0 1 7 4 1 3 4 5 6



### TENNESSEE DEPARTMENT OF HEALTH
### DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth | |
|---|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | | |
| 37 | | | | | 07/20/1987 | |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

| 27d. Name And Address |
|---|
| ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216 |

**28. Part I.** ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE -Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

LODGED

2-2e-2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                    |

                                          |

JOSEPH ADAM DENTON                        |    Case No.

                                          |

DECEASED                                  |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ DC

### ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS __27__ DAY OF __Feb__, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state,
hereby certifies that the foregoing is a true and correct
copy of the original document filed in the Office of the
County Clerk
This ___ day of _____
Lisa Crowell, Rutherford County Clerk
By: _____

SEAL
RUTHERFORD COUNTY CLERK
TENNESSEE

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 22 of 145 PageID #: 224

APPROVED FOR ENTRY:


DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049


/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED**: (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record

Complete Autopsy Report, Autopsy Photographs & Toxicology Report

Complete Health Record from Physician's Office or Clinic or Chiropractor

Complete Durable Medical Equipment Record/Medical Supply Record

Complete Prosthetic Equipment & Fitting Record

Radiology Reports and Radiology Studies (Films & Images)

Laboratory Test Results/Pathology Reports/Pathology Slides

Complete Inpatient and Outpatient Health Record

Emergency Room Record

Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam

Discharge Summary

Consultation Reports Progress Notes

Laboratory Test Results

Radiology Reports

Radiology Studies (Films & Images) to Match Attached Reports

Operative Reports

Pathology Reports & Pathology Slides

Photos/Videos/Digital Images

Nursing Notes Activities of Daily Living

Nutrition Records

Complete Pharmacy/Prescription Record

Complete Nursing Home Record

Complete Funeral Home Record

Complete Dental Record

Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: Joseph Adam Denton _____.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. __*VE*__ (Initial)

8. **RE-DISCLOSURE**: I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE**: I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards* _____ DATE: *3-5-26* _____

PRINTED NAME: Virginia Edwards _____

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased _____

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards _____

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__

SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

**Complete Emergency Medical Transport & Health Record**
**Complete Autopsy Report, Autopsy Photographs & Toxicology Report**
**Complete Health Record from Physician's Office or Clinic or Chiropractor**
**Complete Durable Medical Equipment Record/Medical Supply Record**
**Complete Prosthetic Equipment & Fitting Record**
**Radiology Reports and Radiology Studies (Films & Images)**
**Laboratory Test Results/Pathology Reports/Pathology Slides**
**Complete Inpatient and Outpatient Health Record**
**Emergency Room Record**
**Abstract of Health Record ( All Transcribed Physician Reports & Test Results)**

**History & Physical Exam**
**Discharge Summary**
**Consultation Reports Progress Notes**
**Laboratory Test Results**
**Radiology Reports**
**Radiology Studies (Films & Images) to Match Attached Reports**
**Operative Reports**
**Pathology Reports & Pathology Slides**
**Photos/Videos/Digital Images**
**Nursing Notes Activities of Daily Living**
**Nutrition Records**
**Complete Pharmacy/Prescription Record**
**Complete Nursing Home Record**
**Complete Funeral Home Record**
**Complete Dental Record**
**Complete Billing Record / Itemized Statement**

*Any and all other records in your possession pertaining to: _Joseph Adam Denton_ .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___
(Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

### 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

### 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

### 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

### 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

### 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. <u>HEALTH INFORMATION TO BE DISCLOSED</u>:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

\*Any and all other records in your possession pertaining to: __Joseph Adam Denton__ .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. __/s/__ (Initial)

**8. <u>RE-DISCLOSURE</u>:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. <u>RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE</u>:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE ___Virginia Edwards___ DATE: ___3-5-26___

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary, OR
SEE E-SIGNATURE AUTHENTICATION PAGE



**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7111 0549 5815 8188 57>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495815818868

**FEES**

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

**ARTICLE ADDRESS TO:**

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
ATTN : MIKE FITZHUGH, SHERIFF
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

EAST STATION
MAR 1 3 2026
Postmark
Here
NASHVILLE, TN 37206

Denton, J NL4



**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
ATTN : MIKE FITZHUGH, SHERIFF
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

9490 9111 0549 5815 8188 68

2. Article Number (Transfer from service label)
9414 7111 0549 5815 8188 57

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)    C. Date of Delivery
SLOCKET 84      3/16/26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 20 2026
By

3. Service Type

☑ Certified Mail®

Domestic Return Receipt



THE **HIGGINS** FIRM

Attorneys at Law

Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

|  |  |  |  |
|---|---|---|---|
| **Re:** | **Resident/Patient** | **:** | **Joseph Adam Denton** |
| | **Patient's Date of Birth** | **:** | **7/20/1987** |
| | **Claimant** | **:** | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
| | | | **11041 S Windrow Road** |
| | | | **Rockvale, TN 37153** |
| | **Claimant Relationship to Patient** | **:** | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 31 of 145 PageID #: 233

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670
---
Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

Page 1 of 2

TENNESSEE DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH



STATE FILE NUMBER 2025 035749

| | | |
|---|---|---|
| **1. Decedent's Legal Name** JOSEPH ADAM DENTON | **2. Sex** MALE | **3. Date of Death** 05/31/2025 |

| 4. Time of Death (Approx) 12:57 PM | 5a. Age 37 | 6. Date of Birth 07/20/1987 | 7. Birthplace NASHVILLE, TN |
|---|---|---|---|

**8a. Place of Death** ER/OUTPATIENT

| 8b. Facility Name SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | 8c. City or Town MURFREESBORO | 8d. County of Death RUTHERFORD |
|---|---|---|

| 9. Marital Status NEVER MARRIED | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation DISABLED | 11b. Kind of Business/Industry DISABLED |
|---|---|---|---|

| 12. Social Security Number 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 | 13a. Residence-State or Foreign Country TENNESSEE | 13b. County RUTHERFORD | 13c. City or Town ROCKVALE |
|---|---|---|---|

| 13d. Street and Number 11041 S WINDROW RD | 13e. Inside City Limits? NO | 13f. Zip Code 37153 | 14. Was Decedent ever in US Armed Forces? NO |
|---|---|---|---|

| 15. Decedent's Education SOME COLLEGE CREDIT, BUT NO DEGREE | 16. Decedent of Hispanic Origin? NO, NOT SPANISH/HISPANIC/LATINO | 17. Decedent's Race WHITE |
|---|---|---|

| 18. Father's Name TIMOTHY DENTON | 19. Mother's Name Prior to First Marriage MELINDA ANN EDWARDS |
|---|---|

| 20a. Informant's Name VIRGINIA NEELY EDWARDS | 20b. Relationship to Decedent GRANDMOTHER | 20c. Mailing Address 11041 S WINDROW RD, ROCKVALE, TN 37153 |
|---|---|---|

| 21a. Method of Disposition BURIAL | 21b. Place of Disposition EDWARDS FAMILY CEMETERY | 21c. Location ROCKVALE, TN |
|---|---|---|

| 22a. Signature of Funeral Director ▶ /e/ DONALD K AYERS | 22b. License Number 2374 | 22c. Signature of Embalmer ▶ | 22d. License Number |
|---|---|---|---|

| 23a. Name and Address of Funeral Home JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 23b. License Number 104 |
|---|---|

| 24. Registrar's Signature ▶ /e/ EDWARD G BISHOP III | 25. Date Filed 06/05/2025 |
|---|---|

**26. Certifier**

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier ▶ /e/ ERIN M CARNEY, M.D. | 27b. License Number 50169 | 27c. Date Signed 06/04/2025 |
|---|---|---|

**27d. Name and Address** ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. PENDING | |
| | b. | |
| | c. | |
| | d. | |

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

| 29a. Was an Autopsy Performed? |
|---|
| 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death PENDING | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | 34f. Location of Injury | |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



### TENNESSEE DEPARTMENT OF HEALTH
### DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth |
|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | |
| 37 | | | | | 07/20/1987 |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

27d. Name And Address
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I
EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE

| 29a. Was An Autopsy Performed? | YES |
|---|---|
| 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Date Issued: Aug-28-2025

0 1 7 4 1 3 4 5 5

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

LODGED

2-26-2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                |

                                      |

JOSEPH ADAM DENTON                    |     Case No.

                                      |

DECEASED                              |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ D C

## ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS __27__ DAY OF __Feb__, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**
State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This __27th__ day of __February, 2026__
Lisa Crowell, Rutherford County Clerk
By: _____
Deputy Clerk

SEAL

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:** I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: ___ALL RECORDS___

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| | **Discharge Summary** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Consultation Reports Progress Notes** |
| | **Laboratory Test Results** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Radiology Reports** |
| | **Radiology Studies (Films & Images) to Match Attached Reports** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | **Operative Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Pathology Reports & Pathology Slides** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Photos/Videos/Digital Images** |
| | **Nursing Notes Activities of Daily Living** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nutrition Records** |
| | **Complete Pharmacy/Prescription Record** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Nursing Home Record** |
| **Emergency Room Record** | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

\*Any and all other records in your possession pertaining to: Joseph Adam Denton_____.

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _VE_ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE ___3 / 5 / 2026___
SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

*[Notary seal: CAMPBELL ... STATE OF TENNESSEE NOTARY PUBLIC ... DAVIDSON COUNTY]*

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record

Complete Autopsy Report, Autopsy Photographs & Toxicology Report

Complete Health Record from Physician's Office or Clinic or Chiropractor

Complete Durable Medical Equipment Record/Medical Supply Record

Complete Prosthetic Equipment & Fitting Record

Radiology Reports and Radiology Studies (Films & Images)

Laboratory Test Results/Pathology Reports/Pathology Slides

Complete Inpatient and Outpatient Health Record

Emergency Room Record

Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam

Discharge Summary

Consultation Reports Progress Notes

Laboratory Test Results

Radiology Reports

Radiology Studies (Films & Images) to Match Attached Reports

Operative Reports

Pathology Reports & Pathology Slides

Photos/Videos/Digital Images

Nursing Notes Activities of Daily Living

Nutrition Records

Complete Pharmacy/Prescription Record

Complete Nursing Home Record

Complete Funeral Home Record

Complete Dental Record

Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: __Joseph Adam Denton__ .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ____ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__

SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: __Joseph Adam Denton__.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ *(Initial)*

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE



U.S. Postal Service
Certified Mail Receipt

**OUTBOUND TRACKING NUMBER**
9414 7111 0549 5815 8187 89>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495815818738

**FEES**

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

**ARTICLE ADDRESS TO:**

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of
Adult Detention Center
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

EAST STATION
MAR 1 3 2026
Postmark Here
NASHVILLE, TN 37206

Benton, J NL 5



**SENDER: COMPLETE THIS SECTION**

■ Ensure items **1, 2,** and **3** are completed.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of
Adult Detention Center
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

9490 9111 0549 5815 8187 38

**2. Article Number** *(Transfer from service label)*
9414 7111 0549 5815 8187 89

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ Addressee or ☑ Agent)

X

**B. Received By:** *(Printed Name)*  SLOCHERT 84

**C. Date of Delivery**  3/16/26

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAR 1 9 2026
By _____

**3. Service Type**

☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**Domestic Return Receipt**



## THE **HIGGINS** FIRM
### Attorneys at Law

Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

|  |  |  |  |
|---|---|---|---|
| **Re:** | **Resident/Patient** | : | **Joseph Adam Denton** |
|  | **Patient's Date of Birth** | : | **7/20/1987** |
|  | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** <br> **11041 S Windrow Road** <br> **Rockvale, TN 37153** |
|  | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)*. Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 46 of 145 PageID #: 248

## List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

# STATE OF TENNESSEE
## CERTIFICATION OF VITAL RECORD

TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | MALE | 05/31/2025 |

| 4. Time of Death (Approx) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 12:57 PM | 37 | 07/20/1987 | NASHVILLE, TN |

**8a. Place of Death**
ER/OUTPATIENT

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | MURFREESBORO | RUTHERFORD |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| NEVER MARRIED | | DISABLED | DISABLED |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | RUTHERFORD | ROCKVALE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 11041 S WINDROW RD | NO | 37153 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| SOME COLLEGE CREDIT, BUT NO DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| TIMOTHY DENTON | MELINDA ANN EDWARDS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| VIRGINIA NEELY EDWARDS | GRANDMOTHER | 11041 S WINDROW RD, ROCKVALE, TN 37153 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | EDWARDS FAMILY CEMETERY | ROCKVALE, TN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /e/ DONALD K AYERS | 2374 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 104 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 06/05/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 06/04/2025 |

**27d. Name and Address**
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. PENDING | |
| | b. | |
| | c. | |
| | d. | |

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

29a. Was an Autopsy Performed?

29b. Were Autopsy Findings Available to Complete the Cause of Death?

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| PENDING | | |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1699E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

0 1 7 4 1 3 4 5 6

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF TENNESSEE
## CERTIFICATION OF VITAL RECORD



TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth | |
|---|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | | |
| 37 | | | | | 07/20/1987 | |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

| 27d. Name And Address |
|---|
| ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS, SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | APPROXIMATE INTERVAL ONSET TO DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. COMPLICATIONS OF CHOKING | |
| | b. | |
| | c. | |
| | d. | |

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 49 of 145 PageID #: 251



0 1 7 4 1 3 4 5 5

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



LODGED

2.26.2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                   |

|

JOSEPH ADAM DENTON     |    Case No.

|

DECEASED             |

```
FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ d___ D C
```

### ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS __27__ DAY OF __Feb__, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This __27th__ day of __February, 2026__
Lisa Crowell, Rutherford County Clerk
By: _____

SEAL

APPROVED FOR ENTRY:


DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com


**CERTIFICATE OF SERVICE**
        I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049


                                                            /s/Donald K. Byrd
                                                            DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| | **Discharge Summary** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Consultation Reports Progress Notes** |
| | **Laboratory Test Results** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Radiology Reports** |
| | **Radiology Studies (Films & Images) to Match Attached Reports** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | **Operative Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Pathology Reports & Pathology Slides** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Photos/Videos/Digital Images** |
| | **Nursing Notes Activities of Daily Living** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nutrition Records** |
| | **Complete Pharmacy/Prescription Record** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Nursing Home Record** |
| **Emergency Room Record** | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

\*Any and all other records in your possession pertaining to: Joseph Adam Denton                                    .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987       SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| | **Discharge Summary** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Consultation Reports Progress Notes** |
| | **Laboratory Test Results** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Radiology Reports** |
| | **Radiology Studies (Films & Images) to Match Attached** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | **Reports** |
| | **Operative Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Pathology Reports & Pathology Slides** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Photos/Videos/Digital Images** |
| | **Nursing Notes Activities of Daily Living** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nutrition Records** |
| | **Complete Pharmacy/Prescription Record** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Nursing Home Record** |
| **Emergency Room Record** | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

*Any and all other records in your possession pertaining to: _Joseph Adam Denton_.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987        SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. <u>HEALTH INFORMATION TO BE DISCLOSED</u>:** (Including records/documents received from any other health care providers, therapists, or counselors) from:   <u>ALL RECORDS</u>

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

\*Any and all other records in your possession pertaining to:  <u>Joseph Adam Denton</u>                    .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

**8. <u>RE-DISCLOSURE</u>:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. <u>RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE</u>:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _~~Virginia Edwards~~_                DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _~~signature~~_                (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

*(notary seal: LUCAS CAMPBELL — STATE OF TENNESSEE NOTARY PUBLIC — DAVIDSON COUNTY)*



**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 7111 0549 5815 8186 59>

RETURN RECEIPT TRACKING NUMBER
9490911105495815818660

| FEES | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

ARTICLE ADDRESS TO:

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

EAST STATION
MAR 1 3 2026
Postmark
Here
NASHVILLE, TN 37206

Denton, J NL 6



**SENDER: COMPLETE THIS SECTION**

- Ensure items **1, 2, and 3** are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

9490 9111 0549 5815 8186 60

2. Article Number (Transfer from service label)
9414 7111 0549 5815 8186 59

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 1 9 2026
By

3. Service Type

☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)    Domestic Return Receipt



Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

|  |  |  |  |
|---|---|---|---|
| Re: | **Resident/Patient** | : | **Joseph Adam Denton** |
|  | **Patient's Date of Birth** | : | **7/20/1987** |
|  | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
|  |  |  | **11041 S Windrow Road** |
|  |  |  | **Rockvale, TN 37153** |
|  | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

Page 1 of 2



TENNESSEE DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | MALE | 05/31/2025 |

| 4. Time of Death (Appro.) | 5a. Age | | 6. Date of Birth | 7. Birthplace | | |
|---|---|---|---|---|---|---|
| 12:57 PM | 37 | | 07/20/1987 | NASHVILLE, TN | | |

| 8a. Place of Death |
|---|
| ER/OUTPATIENT |

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | MURFREESBORO | RUTHERFORD |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| NEVER MARRIED | | DISABLED | DISABLED |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | RUTHERFORD | ROCKVALE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 11041 S WINDROW RD | NO | 37153 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| SOME COLLEGE CREDIT, BUT NO DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| TIMOTHY DENTON | MELINDA ANN EDWARDS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| VIRGINIA NEELY EDWARDS | GRANDMOTHER | 11041 S WINDROW RD, ROCKVALE, TN 37153 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | EDWARDS FAMILY CEMETERY | ROCKVALE, TN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /e/ DONALD K AYERS | 2374 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 104 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 06/05/2025 |

26. Certifier

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 06/04/2025 |

| 27d. Name and Address |
|---|
| ERIN M CARNEY, M.D, 850 R.S. GASS BLVD, NASHVILLE, TN 37216 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

Approximate Interval Onset to Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. PENDING

b. _____

c. _____

d. _____

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

| 29a. Was an Autopsy Performed? |
|---|
| |

| 29b. Were Autopsy Findings Available to Complete the Cause of Death? |
|---|
| |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| PENDING | | |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | 34f. Location of Injury | |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

*Edward G Bishop III*
Edward G. Bishop III
State Registrar

*John R. Dunn*
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Date Issued: Aug-28-2025

0 1 7 4 1 3 4 5 6

Case 3:26-cv-00705   Document 11-2   Filed 06/01/26   Page 62 of 145 PageID #: 264



TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749



| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth |
|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | |
| 37 | | | | | 07/20/1987 |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

26. Certifier

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

27d. Name And Address

ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Edward H. Bishop III
Edward G. Bishop III
State Registrar

John R. Dunn
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Date Issued: Aug-28-2025

0 1 7 4 1 3 4 5 5

LODGED

2.26.2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                             |

                                                   |

JOSEPH ADAM DENTON                 |          Case No.

                                                   |

DECEASED                                    |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY_____ DC

## ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS ___27___ DAY OF ___Feb___, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___ day of _____
Lisa Crowell, Rutherford County Clerk
By:_____
Deputy Clerk

SEAL

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse
One Public Square Room 101
Murfreesboro, TN 37130-3670

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: ___ALL RECORDS___

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: Joseph Adam Denton_____.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards*      DATE: 3-5-26

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE ___3/5/2026___
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

STATE OF TENNESSEE NOTARY PUBLIC — LUCAS CAMPBELL — DAVIDSON COUNTY

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse
One Public Square Room 101
Murfreesboro, TN 37130-3670

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from:   ALL RECORDS

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

**Complete Emergency Medical Transport & Health Record**

**Complete Autopsy Report, Autopsy Photographs & Toxicology Report**

**Complete Health Record from Physician's Office or Clinic  or Chiropractor**

**Complete Durable Medical Equipment Record/Medical Supply Record**

**Complete Prosthetic Equipment & Fitting Record**

**Radiology Reports and Radiology Studies (Films & Images)**

**Laboratory Test Results/Pathology Reports/Pathology Slides**

**Complete Inpatient and Outpatient Health Record**

**Emergency Room Record**

**Abstract of Health Record ( All Transcribed Physician Reports & Test Results)**

**History & Physical Exam**

**Discharge Summary**

**Consultation Reports Progress Notes**

**Laboratory Test Results**

**Radiology Reports**

**Radiology Studies (Films & Images) to Match Attached Reports**

**Operative Reports**

**Pathology Reports & Pathology Slides**

**Photos/Videos/Digital Images**

**Nursing Notes Activities of Daily Living**

**Nutrition Records**

**Complete Pharmacy/Prescription Record**

**Complete Nursing Home Record**

**Complete Funeral Home Record**

**Complete Dental Record**

**Complete Billing Record / Itemized Statement**

*Any and all other records in your possession pertaining to:  Joseph Adam Denton                    .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___
(Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_                    DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

**IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:**
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE   3/5/2026
SIGNED: _____  (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

State of Tennessee Notary Public — Lucas Campbell — Davidson County

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

### 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

### 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

### 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

### 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

### 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse
One Public Square Room 101
Murfreesboro, TN 37130-3670

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

Hospital, nursing home, physician, health care providers, etc., including but not limited to:

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: _Joseph Adam Denton_____.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_____ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE



**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 7111 0549 5815 8181 23>

RETURN RECEIPT TRACKING NUMBER
9490911105495815818103

FEES

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

EAST STATION
MAR 13 2026
Postmark Here
LE, TN 37206

ARTICLE ADDRESS TO:

RUTHERFORD COUNTY ADULT DETENTION CENTER
a/k/a Rutherford County
c/o County Mayor, Joe Carr
COUNTY COURTHOUSE,
1 PUBLIC SQ STE 101
MURFREESBORO TN 37130-3629

*Denton, J NL 7*



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( ☐ Addressee or ☐ Agent)<br>X *Carle Hill*<br>B. Received By: (Printed Name) *Carla Hill*  C. Date of Delivery *3/10/26* |
| 1. Article Addressed to:<br>RUTHERFORD COUNTY ADULT DETENTION CENTER<br>a/k/a Rutherford County<br>c/o County Mayor, Joe Carr<br>COUNTY COURTHOUSE,<br>1 PUBLIC SQ STE 101<br>MURFREESBORO TN 37130-3629 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>RECEIVED MAR 20 2026 By _____ |
| ‖‖‖‖‖ 9490 9111 0549 5815 8181 03 | 3. Service Type<br>✓ Certified Mail® |
| 2. Article Number (Transfer from service label)<br>9414 7111 0549 5815 8181 23 | |
| PS Form 3811 Facsimile, July 2015 (SDC 3930) | Domestic Return Receipt |

# 2. Notice to Dr. John Daniel Rudd



Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

<u>**VIA CERTIFIED MAIL**</u>

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

| Re: | **Resident/Patient** | : | **Joseph Adam Denton** |
|---|---|---|---|
| | **Patient's Date of Birth** | : | **7/20/1987** |
| | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
| | | | **11041 S Windrow Road** |
| | | | **Rockvale, TN 37153** |
| | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

Dear Dr. Rudd:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

BJM/final

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 75 of 145 PageID #: 277

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749



| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | MALE | 05/31/2025 |

| 4. Time of Death (Approx.) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 12:57 PM | 37 | 07/20/1987 | NASHVILLE, TN |

**8a. Place of Death**

ER/OUTPATIENT

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | MURFREESBORO | RUTHERFORD |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| NEVER MARRIED | | DISABLED | DISABLED |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | RUTHERFORD | ROCKVALE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 11041 S WINDROW RD | NO | 37153 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| SOME COLLEGE CREDIT, BUT NO DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| TIMOTHY DENTON | MELINDA ANN EDWARDS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| VIRGINIA NEELY EDWARDS | GRANDMOTHER | 11041 S WINDROW RD, ROCKVALE, TN 37153 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | EDWARDS FAMILY CEMETERY | ROCKVALE, TN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ DONALD K AYERS | 2374 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 104 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 06/05/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ ERIN M CARNEY, M.D. | 50160 | 06/04/2025 |

**27d. Name and Address**

ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | | Approximate Interval Onset to Death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. | PENDING | |
| | b. | | |
| | c. | | |
| | d. | | |

| Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 29a. Was an Autopsy Performed? |
|---|---|
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| PENDING | | |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | 34f. Location of Injury | |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 77 of 145 PageID #: 279

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



# STATE OF TENNESSEE
## CERTIFICATION OF VITAL RECORD



## TENNESSEE DEPARTMENT OF HEALTH
### DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER **2025 035749**

| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth |
|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | |
| 37 | | | | | 07/20/1987 |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

27d. Name And Address
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part
EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE

| 29a. Was An Autopsy Performed? | YES |
|---|---|
| 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



LODGED

2.26.2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                    |

JOSEPH ADAM DENTON          |      Case No.

DECEASED                           |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ D C

## ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS ___27___ DAY OF ___Feb___, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___ day of _____
Lisa Crowell, Rutherford County Clerk
By: _____
Deputy Clerk

SEAL

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

### CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: Joseph Adam Denton                    .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards*                         DATE: 3-5-26

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE ___ 3/5/2026

SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987            SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record

Complete Autopsy Report, Autopsy Photographs & Toxicology Report

Complete Health Record from Physician's Office or Clinic or Chiropractor

Complete Durable Medical Equipment Record/Medical Supply Record

Complete Prosthetic Equipment & Fitting Record

Radiology Reports and Radiology Studies (Films & Images)

Laboratory Test Results/Pathology Reports/Pathology Slides

Complete Inpatient and Outpatient Health Record

Emergency Room Record

Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam

Discharge Summary

Consultation Reports Progress Notes

Laboratory Test Results

Radiology Reports

Radiology Studies (Films & Images) to Match Attached Reports

Operative Reports

Pathology Reports & Pathology Slides

Photos/Videos/Digital Images

Nursing Notes Activities of Daily Living

Nutrition Records

Complete Pharmacy/Prescription Record

Complete Nursing Home Record

Complete Funeral Home Record

Complete Dental Record

Complete Billing Record / Itemized Statement

\*Any and all other records in your possession pertaining to:  Joseph Adam Denton                                        .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards*                     DATE: 3-5-26

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE   3/5/2026

SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

LUCAS CAMPBELL
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| | **Discharge Summary** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Consultation Reports Progress Notes** |
| | **Laboratory Test Results** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Radiology Reports** |
| | **Radiology Studies (Films & Images) to Match Attached Reports** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | |
| | **Operative Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Pathology Reports & Pathology Slides** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Photos/Videos/Digital Images** |
| | **Nursing Notes Activities of Daily Living** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nutrition Records** |
| | **Complete Pharmacy/Prescription Record** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Nursing Home Record** |
| **Emergency Room Record** | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

*Any and all other records in your possession pertaining to: _Joseph Adam Denton_.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _(Initial)_

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_    DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE



**U.S. Postal Service Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 7111 0549 5815 8105 16>

RETURN RECEIPT TRACKING NUMBER
9490911105495815810558

FEES

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

ARTICLE ADDRESS TO:

DR. JOHN DANIEL RUDD, MD
Rutherford County Adult Detention Center,
Medical Director
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

Postmark Here

EAST STATION
MAR 13 2026
NASHVILLE, TN 37206

*Centon, J NL1*



SENDER: COMPLETE THIS SECTION

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DR. JOHN DANIEL RUDD, MD
Rutherford County Adult Detention Center,
Medical Director
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

9490 9111 0549 5815 8105 58

2. Article Number *(Transfer from service label)*
9414 7111 0549 5815 8105 16

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X

B. Received By: *(Printed Name)*
SZOCHERT/842

C. Date of Delivery
3/16/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAR 19 2026
By _____

3. Service Type
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)          Domestic Return Receipt



# THE HIGGINS FIRM
### Attorneys at Law

**Benjamin J. Miller, Attorney**
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

| Re: | **Resident/Patient** | : | **Joseph Adam Denton** |
|---|---|---|---|
| | **Patient's Date of Birth** | : | **7/20/1987** |
| | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
| | | | **11041 S Windrow Road** |
| | | | **Rockvale, TN 37153** |
| | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

Dear Dr. Rudd:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)*. Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Case 3:26-cv-00705   Document 11-2   Filed 06/01/26   Page 88 of 145 PageID #: 290

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 89 of 145 PageID #: 291

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

---

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783



TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| | | | |
|---|---|---|---|
| 1. Decedent's Legal Name  JOSEPH ADAM DENTON | | 2. Sex  MALE | 3. Date of Death  05/31/2025 |

| 4. Time of Death (Approx.) 12:57 PM | 5a. Age 37 | 6. Date of Birth 07/20/1987 | 7. Birthplace NASHVILLE, TN |
|---|---|---|---|

**8a. Place of Death**
ER/OUTPATIENT

| 8b. Facility Name  SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | 8c. City or Town  MURFREESBORO | 8d. County of Death  RUTHERFORD |
|---|---|---|

| 9. Marital Status  NEVER MARRIED | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation  DISABLED | 11b. Kind of Business/Industry  DISABLED |
|---|---|---|---|

| 12. Social Security Number  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 | 13a. Residence-State or Foreign Country  TENNESSEE | 13b. County  RUTHERFORD | 13c. City or Town  ROCKVALE |
|---|---|---|---|

| 13d. Street and Number  11041 S WINDROW RD | 13e. Inside City Limits?  NO | 13f. Zip Code  37153 | 14. Was Decedent ever in US Armed Forces?  NO |
|---|---|---|---|

| 15. Decedent's Education  SOME COLLEGE CREDIT, BUT NO DEGREE | 16. Decedent of Hispanic Origin?  NO, NOT SPANISH/HISPANIC/LATINO | 17. Decedent's Race  WHITE |
|---|---|---|

| 18. Father's Name  TIMOTHY DENTON | 19. Mother's Name Prior to First Marriage  MELINDA ANN EDWARDS |
|---|---|

| 20a. Informant's Name  VIRGINIA NEELY EDWARDS | 20b. Relationship to Decedent  GRANDMOTHER | 20c. Mailing Address  11041 S WINDROW RD, ROCKVALE, TN 37153 |
|---|---|---|

| 21a. Method of Disposition  BURIAL | 21b. Place of Disposition  EDWARDS FAMILY CEMETERY | 21c. Location  ROCKVALE, TN |
|---|---|---|

| 22a. Signature of Funeral Director  ▶ /s/ DONALD K AYERS | 22b. License Number  2374 | 22c. Signature of Embalmer  ▶ | 22d. License Number |
|---|---|---|---|

| 23a. Name and Address of Funeral Home  JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 23b. License Number  104 |
|---|---|

| 24. Registrar's Signature  ▶ /s/ EDWARD G BISHOP III | 25. Date Filed  06/05/2025 |
|---|---|

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier  ▶ /s/ ERIN M CARNEY, M.D. | 27b. License Number  50160 | 27c. Date Signed  06/04/2025 |
|---|---|---|

**27d. Name and Address**
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

| 28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE. | Approximate Interval. Onset to Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.  a. PENDING  b.  c.  d. | |

| Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 29a. Was an Autopsy Performed? |
|---|---|
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death  PENDING | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth | | |
|---|---|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | | | |
| 37 | | | | | 07/20/1987 | | |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

26. Certifier

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

27d. Name And Address
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Edward H. Bishop III
Edward G. Bishop III
State Registrar

John R. Dunn
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

Date Issued: Aug-28-2025

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



LODGED

2.2c.2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

| IN RE: | |
|---|---|
| | |
| **JOSEPH ADAM DENTON** | Case No. |
| | |
| **DECEASED** | |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY _____ D C

### ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS __27__ DAY OF __Feb__, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This __27th__ day of __February__ __2026__
Lisa Crowell, Rutherford County Clerk
By: _____
Deputy Clerk

SEAL

**Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 93 of 145 PageID #: 295**

APPROVED FOR ENTRY:


DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049


/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

> Dr. John Daniel Rudd, MD
> Cedar Grove Medical Associates, PLLC
> 301 Wolverine Trail, Suite 100
> Smyrna, TN 37167-5656

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

> The Higgins Firm, PLLC
> 200 Hart Street
> Nashville, TN 37210

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: ___ALL RECORDS___

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| | **Discharge Summary** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Consultation Reports Progress Notes** |
| | **Laboratory Test Results** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Radiology Reports** |
| | **Radiology Studies (Films & Images) to Match Attached Reports** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | **Operative Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Pathology Reports & Pathology Slides** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Photos/Videos/Digital Images** |
| | **Nursing Notes Activities of Daily Living** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nutrition Records** |
| | **Complete Pharmacy/Prescription Record** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Nursing Home Record** |
| **Emergency Room Record** | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

*Any and all other records in your possession pertaining to: Joseph Adam Denton_____.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE ___3/5/2026___

SIGNED: _____ (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: __Joseph Adam Denton__ .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. __(Initial)__

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards*      DATE: 3-5-26

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

[Notary Seal: LUCAS CAMPBELL — STATE OF TENNESSEE — NOTARY PUBLIC — DAVIDSON COUNTY]

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987           SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

**Complete Emergency Medical Transport & Health Record**
**Complete Autopsy Report, Autopsy Photographs & Toxicology Report**
**Complete Health Record from Physician's Office or Clinic or Chiropractor**
**Complete Durable Medical Equipment Record/Medical Supply Record**
**Complete Prosthetic Equipment & Fitting Record**
**Radiology Reports and Radiology Studies (Films & Images)**
**Laboratory Test Results/Pathology Reports/Pathology Slides**
**Complete Inpatient and Outpatient Health Record**
**Emergency Room Record**
**Abstract of Health Record ( All Transcribed Physician Reports & Test Results)**

**History & Physical Exam**
**Discharge Summary**
**Consultation Reports Progress Notes**
**Laboratory Test Results**
**Radiology Reports**
**Radiology Studies (Films & Images) to Match Attached Reports**
**Operative Reports**
**Pathology Reports & Pathology Slides**
**Photos/Videos/Digital Images**
**Nursing Notes Activities of Daily Living**
**Nutrition Records**
**Complete Pharmacy/Prescription Record**
**Complete Nursing Home Record**
**Complete Funeral Home Record**
**Complete Dental Record**
**Complete Billing Record / Itemized Statement**

*Any and all other records in your possession pertaining to: _Joseph Adam Denton_ .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE



U.S. Postal Service
Certified Mail Receipt

**OUTBOUND TRACKING NUMBER**
9414 7111 0549 5815 8105 30>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495815810572

**FEES**

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

**ARTICLE ADDRESS TO:**

DR. JOHN DANIEL RUDD, MD
Cedar Grove Medical Associates, PLLC
301 WOLVERINE TRL STE 100
SMYRNA TN 37167-5656

EAST STATION
MAR 1 3 2026
Postmark
Here
NASHVILLE, TN 37206

*Denton, J NL 2*



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( ☐ Addressee or ☑ Agent) <br> X _____ |
| | B. Received By: (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> DR. JOHN DANIEL RUDD, MD <br> Cedar Grove Medical Associates, PLLC <br> 301 WOLVERINE TRL STE 100 <br> SMYRNA TN 37167-5656 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> RECEIVED <br> MAR 1 9 2026 <br> By _____ |
| 9490 9111 0549 5815 8105 72 | 3. Service Type <br><br> ☑ Certified Mail® |
| 2. Article Number (Transfer from service label) <br> 9414 7111 0549 5815 8105 30 | |

PS Form 3811 Facsimile, July 2015 (SDC 3930)      Domestic Return Receipt

# 3. Notice to Rudd Medical Services, PLC



Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

| | | | |
|---|---|---|---|
| Re: | Resident/Patient | : | **Joseph Adam Denton** |
| | Patient's Date of Birth | : | **7/20/1987** |
| | Claimant | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)** |
| | | | **11041 S Windrow Road** |
| | | | **Rockvale, TN 37153** |
| | Claimant Relationship to Patient | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)*. Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

BJM/final

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 104 of 145 PageID #: 306

**List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

---

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

# STATE OF TENNESSEE
## CERTIFICATION OF VITAL RECORD



TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | MALE | 05/31/2025 |

| 4. Time of Death (Approx) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 12:57 PM | 37 | 07/20/1987 | NASHVILLE, TN |

**8a. Place of Death**
ER/OUTPATIENT

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | MURFREESBORO | RUTHERFORD |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| NEVER MARRIED | | DISABLED | DISABLED |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | RUTHERFORD | ROCKVALE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 11041 S WINDROW RD | NO | 37153 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| SOME COLLEGE CREDIT, BUT NO DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| TIMOTHY DENTON | MELINDA ANN EDWARDS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| VIRGINIA NEELY EDWARDS | GRANDMOTHER | 11041 S WINDROW RD, ROCKVALE, TN 37153 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | EDWARDS FAMILY CEMETERY | ROCKVALE, TN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /e/ DONALD K AYERS | 2374 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 104 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 06/05/2025 |

**26. Certifier**

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☒ MEDICAL EXAMINER - ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 06/04/2025 |

**27d. Name and Address**
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

**28. Part I.** ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

Approximate Interval Onset to Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. PENDING
b.
c.
d.

**Part II.** OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

29a. Was an Autopsy Performed?

29b. Were Autopsy Findings Available to Complete the Cause of Death?

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| PENDING | | |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

0 1 7 4 1 3 4 5 6

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth |
|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | |
| 37 | | | | | 07/20/1987 |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 08/15/2025 |

26. Certifier

26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

27d. Name And Address
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE -Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

Part II. Other Significant Conditions Contributing To Death But Not Resulting in The Underlying Cause Given In Part I.
EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE

| 29a. Was An Autopsy Performed? | YES |
|---|---|
| 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner



0 1 7 4 1 3 4 5 5

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

LODGED

2.2e.2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                    |

JOSEPH ADAM DENTON                        |    Case No.

DECEASED                                  |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY_____ D C

## ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR
## CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS ___27___ DAY OF ___Feb___, 2026.

HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___27th___ day of ___February___ 2026
Lisa Crowell, Rutherford County Clerk
By:_____

SEAL
RUTHERFORD COUNTY CLERK
TENNESSEE

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record

Complete Autopsy Report, Autopsy Photographs & Toxicology Report

Complete Health Record from Physician's Office or Clinic or Chiropractor

Complete Durable Medical Equipment Record/Medical Supply Record

Complete Prosthetic Equipment & Fitting Record

Radiology Reports and Radiology Studies (Films & Images)

Laboratory Test Results/Pathology Reports/Pathology Slides

Complete Inpatient and Outpatient Health Record

Emergency Room Record

Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam

Discharge Summary

Consultation Reports Progress Notes

Laboratory Test Results

Radiology Reports

Radiology Studies (Films & Images) to Match Attached Reports

Operative Reports

Pathology Reports & Pathology Slides

Photos/Videos/Digital Images

Nursing Notes Activities of Daily Living

Nutrition Records

Complete Pharmacy/Prescription Record

Complete Nursing Home Record

Complete Funeral Home Record

Complete Dental Record

Complete Billing Record / Itemized Statement

\*Any and all other records in your possession pertaining to: Joseph Adam Denton                    .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___*(signature)*___ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards*     DATE: 3-5-26

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:

Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards

WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE   3 / 5 / 2026

SIGNED: _____    (witness/notary) OR

SEE E-SIGNATURE AUTHENTICATION PAGE

*[Notary seal: STATE OF TENNESSEE NOTARY PUBLIC — LUCAS CAMPBELL, DAVIDSON COUNTY]*

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

### 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

### 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

### 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

### 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

### 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

### 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

\*Any and all other records in your possession pertaining to: _Joseph Adam Denton_____.

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. ___ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_____     DATE: _3-5-26_

PRINTED NAME: Virginia Edwards_____

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased_____

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards_____
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026___
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| | **Discharge Summary** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Consultation Reports Progress Notes** |
| | **Laboratory Test Results** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Radiology Reports** |
| | **Radiology Studies (Films & Images) to Match Attached** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | **Reports** |
| | **Operative Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Pathology Reports & Pathology Slides** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Photos/Videos/Digital Images** |
| | **Nursing Notes Activities of Daily Living** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nutrition Records** |
| | **Complete Pharmacy/Prescription Record** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Nursing Home Record** |
| **Emergency Room Record** | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

*Any and all other records in your possession pertaining to: __Joseph Adam Denton__ .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_ DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
__Administrator Ad Litem of the Estate of John Adam Denton, deceased__

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

LUCAS CAMPBELL · STATE OF TENNESSEE NOTARY PUBLIC · DAVIDSON COUNTY



**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9414 7111 0549 5815 8183 07>

RETURN RECEIPT TRACKING NUMBER
9490911105495815818394

ARTICLE ADDRESS TO:

RUDD MEDICAL SERVICES, P.L.C.
Rutherford County Adult Detention Center
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

Denton, J ML8

FEES

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

EAST STATION
MAR 1 3 2026
NASHVILLE, TN 37206

Postmark
Here



**SENDER: COMPLETE THIS SECTION**

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUDD MEDICAL SERVICES, P.L.C.
Rutherford County Adult Detention Center
940 NEW SALEM HWY
MURFREESBORO TN 37129-3335

9490 9111 0549 5815 8183 94

2. Article Number *(Transfer from service label)*
9414 7111 0549 5815 8183 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ☐ Addressee or ☐ Agent
X

B. Received By: *(Printed Name)*  SLOCHERT/842

C. Date of Delivery  3/16/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAR 1 9 2026
By

3. Service Type
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)     Domestic Return Receipt



# THE HIGGINS FIRM
## Attorneys at Law

Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

|  |  |  |
|---|---|---|
| **Re:** | **Resident/Patient** | : | **Joseph Adam Denton** |
|  | **Patient's Date of Birth** | : | **7/20/1987** |
|  | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)**<br>**11041 S Windrow Road**<br>**Rockvale, TN 37153** |
|  | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 118 of 145 PageID #: 320

**<u>List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.</u>**

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

---
Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | MALE | 05/31/2025 |

| 4. Time of Death (Appro.) | 5a. Age | | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|---|
| 12:57 PM | 37 | | 07/20/1987 | NASHVILLE, TN |

| 8a. Place of Death |
|---|
| ER/OUTPATIENT |

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | MURFREESBORO | RUTHERFORD |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| NEVER MARRIED | | DISABLED | DISABLED |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | RUTHERFORD | ROCKVALE |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 11041 S WINDROW RD | NO | 37153 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| SOME COLLEGE CREDIT, BUT NO DEGREE | NO, NOT SPANISH/HISPANIC/LATINO | WHITE |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| TIMOTHY DENTON | MELINDA ANN EDWARDS |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| VIRGINIA NEELY EDWARDS | GRANDMOTHER | 11041 S WINDROW RD, ROCKVALE, TN 37153 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | EDWARDS FAMILY CEMETERY | ROCKVALE, TN |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ DONALD K AYERS | 2374 | ▶ | |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 104 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 06/05/2025 |

26. Certifier

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☒ MEDICAL EXAMINER - ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ ERIN M CARNEY, M.D. | 50160 | 06/04/2025 |

| 27d. Name and Address |
|---|
| ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | | Approximate Interval Onset to Death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. | PENDING | |
| | b. | | |
| | c. | | |
| | d. | | |

| Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | 29a. Was an Autopsy Performed? |
|---|---|
| | 29b. Were Autopsy Findings Available to Complete the Cause of Death? |

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| PENDING | | |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | 34f. Location of Injury | |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

*Edward A Bishop III*
Edward G. Bishop III
State Registrar

*John R. Dunn*
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner

0 1 7 4 1 3 4 5 6

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

 TENNESSEE DEPARTMENT OF HEALTH
**DELAYED REPORT OF DIAGNOSIS - DEATH**    STATE FILE NUMBER   2025 035749

| 1. Decedent's Legal Name | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth |
|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | |
| 37 | | | | | 07/20/1987 |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

**26. Certifier**

28a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
26b. ☒ MEDICAL EXAMINER -- ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

| 27d. Name And Address |
|---|
| ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | APPROXIMATE INTERVAL ONSET TO DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | a. COMPLICATIONS OF CHOKING | |
| | b. | |
| | c. | |
| | d. | |

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E         RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

*Edward H Bishop III*
Edward G. Bishop III
State Registrar

*John R. Dunn*
John R. Dunn, DVM, PhD, EMBA-SL
Commissioner



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



LODGED

2.26.2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:               |

                    |

**JOSEPH ADAM DENTON**    |   Case No.

                    |

**DECEASED**             |

> **FILED**
> **LISA CROWELL**
> COUNTY CLERK
>
> **FEB 27 2026**
>
> BY _____ D C

## ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS **27** DAY OF **Feb**, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___ day of _____, 20__
Lisa Crowell, Rutherford County Clerk
By: _____
Deputy Clerk

SEAL
RUTHERFORD COUNTY CLERK

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via Us Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from:   ALL RECORDS

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record
Complete Autopsy Report, Autopsy Photographs & Toxicology Report
Complete Health Record from Physician's Office or Clinic or Chiropractor
Complete Durable Medical Equipment Record/Medical Supply Record
Complete Prosthetic Equipment & Fitting Record
Radiology Reports and Radiology Studies (Films & Images)
Laboratory Test Results/Pathology Reports/Pathology Slides
Complete Inpatient and Outpatient Health Record
Emergency Room Record
Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam
Discharge Summary
Consultation Reports Progress Notes
Laboratory Test Results
Radiology Reports
Radiology Studies (Films & Images) to Match Attached Reports
Operative Reports
Pathology Reports & Pathology Slides
Photos/Videos/Digital Images
Nursing Notes Activities of Daily Living
Nutrition Records
Complete Pharmacy/Prescription Record
Complete Nursing Home Record
Complete Funeral Home Record
Complete Dental Record
Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: Joseph Adam Denton                               .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.   _VE_
(Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_                        DATE: _3-5-26_

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____                        (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY — LUCAS CAMPBELL

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from:   ALL RECORDS

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| Complete Emergency Medical Transport & Health Record | History & Physical Exam |
| | Discharge Summary |
| Complete Autopsy Report, Autopsy Photographs & Toxicology Report | Consultation Reports Progress Notes |
| | Laboratory Test Results |
| Complete Health Record from Physician's Office or Clinic or Chiropractor | Radiology Reports |
| | Radiology Studies (Films & Images) to Match Attached Reports |
| Complete Durable Medical Equipment Record/Medical Supply Record | Operative Reports |
| Complete Prosthetic Equipment & Fitting Record | Pathology Reports & Pathology Slides |
| Radiology Reports and Radiology Studies (Films & Images) | Photos/Videos/Digital Images |
| | Nursing Notes Activities of Daily Living |
| Laboratory Test Results/Pathology Reports/Pathology Slides | Nutrition Records |
| | Complete Pharmacy/Prescription Record |
| Complete Inpatient and Outpatient Health Record | Complete Nursing Home Record |
| Emergency Room Record | Complete Funeral Home Record |
| Abstract of Health Record ( All Transcribed Physician Reports & Test Results) | Complete Dental Record |
| | Complete Billing Record / Itemized Statement |

*Any and all other records in your possession pertaining to: __Joseph Adam Denton__.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. __*(initial)*__ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE __Virginia Edwards__                    DATE: __3-5-26__

PRINTED NAME: Virginia Edwards

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE __3/5/2026__
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

## 4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION: Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

## 6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: ___ALL RECORDS___

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| Complete Emergency Medical Transport & Health Record | History & Physical Exam |
| Complete Autopsy Report, Autopsy Photographs & Toxicology Report | Discharge Summary |
| | Consultation Reports Progress Notes |
| Complete Health Record from Physician's Office or Clinic or Chiropractor | Laboratory Test Results |
| | Radiology Reports |
| Complete Durable Medical Equipment Record/Medical Supply Record | Radiology Studies (Films & Images) to Match Attached Reports |
| Complete Prosthetic Equipment & Fitting Record | Operative Reports |
| Radiology Reports and Radiology Studies (Films & Images) | Pathology Reports & Pathology Slides |
| | Photos/Videos/Digital Images |
| Laboratory Test Results/Pathology Reports/Pathology Slides | Nursing Notes Activities of Daily Living |
| | Nutrition Records |
| Complete Inpatient and Outpatient Health Record | Complete Pharmacy/Prescription Record |
| Emergency Room Record | Complete Nursing Home Record |
| Abstract of Health Record ( All Transcribed Physician Reports & Test Results) | Complete Funeral Home Record |
| | Complete Dental Record |
| | Complete Billing Record / Itemized Statement |

*Any and all other records in your possession pertaining to: __Joseph Adam Denton_____.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_____ DATE: _3-5-26_____

PRINTED NAME: Virginia Edwards_____

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased_____

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards_____
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_____
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE



U.S. Postal Service
Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9414 7111 0549 5815 8180 55>

RETURN RECEIPT TRACKING NUMBER
9490911105495815818066

FEES
Postage Per Piece          2.17
Certified Fee              5.30
Return Receipt Fee         4.40
**Total Postage & Fees:    $11.87**

ARTICLE ADDRESS TO:

RUDD MEDICAL SERVICES, P.L.C.
1034 N HIGHLAND AVE STE A
MURFREESBORO TN 37130-2463

EAST STATION
MAR 1 3 2026
Postmark Here
NASHVILLE, TN 37206

*Lienton J* NL 9



**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RUDD MEDICAL SERVICES, P.L.C.
1034 N HIGHLAND AVE STE A
MURFREESBORO TN 37130-2463

9490 9111 0549 5815 8180 66

2. Article Number *(Transfer from service label)*
9414 7111 0549 5815 8180 55

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X _Sidny Tackell_

B. Received By: *(Printed Name)*   C. Date of Delivery
3/16/26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 1 9 2026
By

3. Service Type
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)          Domestic Return Receipt



Benjamin J. Miller, Attorney
ben@higginsfirm.com

March 13, 2026

**VIA CERTIFIED MAIL**

Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

|  |  |  |  |
|---|---|---|---|
| **Re:** | **Resident/Patient** | : | **Joseph Adam Denton** |
|  | **Patient's Date of Birth** | : | **7/20/1987** |
|  | **Claimant** | : | **Virginia Edwards, as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased)**<br>**11041 S Windrow Road**<br>**Rockvale, TN 37153** |
|  | **Claimant Relationship to Patient** | : | **Administrator Ad Litem of the Estate of John Adam Denton, deceased** |

To Whom It May Concern:

This office represents Virginia Edwards, *as Administrator Ad Litem of the Estate of Joseph Adam Denton, and on behalf of the wrongful death beneficiaries of Joseph Adam Denton (deceased).* Pursuant to Tenn. Code Ann. § 29-26-101, et seq. please consider this letter as notice that a potential healthcare liability claim exists against you arising out of your care and treatment of Joseph Adam Denton (deceased).

Please also let this notice serve as a request for your records on Joseph Adam Denton. Enclosed is an executed HIPAA compliant medical authorization permitting your release of these records to my office, along with documentation on authorization to sign the HIPAA. In the event your records are electronically stored, please provide a complete audit trail of the records.

Additionally, please find enclosed an executed HIPAA compliant medical authorization permitting you to obtain complete medical records from each other provider being sent a notice. A list of the providers to whom notice is being given pursuant to Tenn. Code Ann. § 29-26-121(a) is attached hereto. Lastly, enclosed is an executed authorization with a blank provider field. You are explicitly authorized to fill in the name of any provider from whom you wish to request records.

Ms. Edwards is willing to try to resolve this matter without the need for litigation, so if there is any such interest on your end, please have your attorney or liability insurance carrier contact me as soon as possible. Otherwise, I anticipate suit will be filed after the mandatory 60-day waiting period expires.

Sincerely Yours,

**THE HIGGINS FIRM, PLLC**

**Benjamin J. Miller**
**Attorney**

### List of Providers Receiving Notice pursuant to T.C.A. §29-26-101, et seq.

Dr. John Daniel Rudd, MD
Rutherford County Adult Detention Center, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Dr. John Daniel Rudd, MD
Cedar Grove Medical Associates, PLLC
301 Wolverine Trail, Suite 100
Smyrna, TN 37167-5656

Rutherford County Adult Detention Center a/k/a Rutherford County
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Mike Fitzhugh, Sheriff
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attn.: Kevin Henderson, Deputy Chief of Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
Attention: Dr. John Daniel Rudd, Medical Director
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rutherford County Adult Detention Center a/k/a Rutherford County
c/o County Mayor, Joe Carr
County Courthouse, One Public Square Room 101
Murfreesboro, TN 37130-3670

---
Rudd Medical Services, P.L.C.
Rutherford County Adult Detention Center
940 New Salem Highway
Murfreesboro, TN 37129-3335

Rudd Medical Services, P.L.C.
1034 North Highland Avenue, Suite A
Murfreesboro, TN 37130-2463

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

# STATE OF TENNESSEE
## CERTIFICATION OF VITAL RECORD

TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH



STATE FILE NUMBER 2025 035749

| | | |
|---|---|---|
| 1. Decedent's Legal Name JOSEPH ADAM DENTON | 2. Sex MALE | 3. Date of Death 05/31/2025 |

| 4. Time of Death (Approx.) 12:57 PM | 5a. Age 37 | 6. Date of Birth 07/20/1987 | 7. Birthplace NASHVILLE, TN |
|---|---|---|---|

8a. Place of Death: ER/OUTPATIENT

| 8b. Facility Name SAINT THOMAS RUTHERFORD HOSPITAL - MURFREESBORO | 8c. City or Town MURFREESBORO | 8d. County of Death RUTHERFORD |
|---|---|---|

| 9. Marital Status NEVER MARRIED | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation DISABLED | 11b. Kind of Business/Industry DISABLED |
|---|---|---|---|

| 12. Social Security Number 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 | 13a. Residence-State or Foreign Country TENNESSEE | 13b. County RUTHERFORD | 13c. City or Town ROCKVALE |
|---|---|---|---|

| 13d. Street and Number 11041 S WINDROW RD | 13e. Inside City Limits? NO | 13f. Zip Code 37153 | 14. Was Decedent ever in US Armed Forces? NO |
|---|---|---|---|

| 15. Decedent's Education SOME COLLEGE CREDIT, BUT NO DEGREE | 16. Decedent of Hispanic Origin? NO, NOT SPANISH/HISPANIC/LATINO | 17. Decedent's Race WHITE |
|---|---|---|

| 18. Father's Name TIMOTHY DENTON | 19. Mother's Name Prior to First Marriage MELINDA ANN EDWARDS |
|---|---|

| 20a. Informant's Name VIRGINIA NEELY EDWARDS | 20b. Relationship to Decedent GRANDMOTHER | 20c. Mailing Address 11041 S WINDROW RD, ROCKVALE, TN 37153 |
|---|---|---|

| 21a. Method of Disposition BURIAL | 21b. Place of Disposition EDWARDS FAMILY CEMETERY | 21c. Location ROCKVALE, TN |
|---|---|---|

| 22a. Signature of Funeral Director ▶ /s/ DONALD K AYERS | 22b. License Number 2374 | 22c. Signature of Embalmer ▶ | 22d. License Number |
|---|---|---|---|

| 23a. Name and Address of Funeral Home JENNINGS AND AYERS FUNERAL HOME, 820 SOUTH CHURCH ST, MURFREESBORO, TN 37130 | 23b. License Number 104 |
|---|---|

| 24. Registrar's Signature ▶ /s/ EDWARD G BISHOP III | 25. Date Filed 06/05/2025 |
|---|---|

26. Certifier

26a. ☐ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier ▶ /s/ ERIN M CARNEY, M.D. | 27b. License Number 50160 | 27c. Date Signed 06/04/2025 |
|---|---|---|

27d. Name and Address: ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

Approximate Interval: Onset to Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

a. PENDING

b.

c.

d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

29a. Was an Autopsy Performed?

29b. Were Autopsy Findings Available to Complete the Cause of Death?

| 30. Manner of Death PENDING | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



TENNESSEE DEPARTMENT OF HEALTH
## DELAYED REPORT OF DIAGNOSIS - DEATH

STATE FILE NUMBER 2025 035749

| 1. Decedent's Legal Name | | | | | | | 2. Sex | 3. Date Of Death |
|---|---|---|---|---|---|---|---|---|
| JOSEPH ADAM DENTON | | | | | | | MALE | 05/31/2025 |

| 5a. Age | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date Of Birth | | |
|---|---|---|---|---|---|---|---|
| | Months | Days | Hours | Minutes | | | |
| 37 | | | | | 07/20/1987 | | |

| 8b. Facility Name | 8c. City Or Town | 8d. County Of Death |
|---|---|---|
| SAINT THOMAS RUTHERFORD HOSPITAL - | MURFREESBORO | RUTHERFORD |

| 24. Registrar's Signature\ | 25. Date Filed |
|---|---|
| ▶ /e/ EDWARD G BISHOP III | 08/15/2025 |

26. Certifier

28a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
28b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /e/ ERIN M CARNEY, M.D. | 50160 | 08/15/2025 |

27d. Name And Address
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

APPROXIMATE INTERVAL ONSET TO DEATH

IMMEDIATE CAUSE -Final disease or condition resulting in death. Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

a. COMPLICATIONS OF CHOKING

b.

c.

d.

| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part | 29a. Was An Autopsy Performed? | YES |
|---|---|---|
| EDENTULISM; HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE; DIABETES; OBESITY; SCOLIOSIS; BUPRENORPHINE USE | 29b. Were Autopsy Findings Available To Complete The Cause Of Death? | YES |

| 30. Manner Of Death | 31. Did Tobacco Use Contribute To Death? | 32. If Female: |
|---|---|---|
| ACCIDENT | NO | N/A |

| 33. IF TRANSPORTATION INJURY, SPECIFY: | 34a. DATE OF INJURY | 34b. TIME OF INJURY | 34c. INJURY AT WORK? | 34d. PLACE OF INJURY |
|---|---|---|---|---|
| | 05/31/2025 | 12:11 | NO | JAIL |

| 34e. Describe How Injury Occurred | 34f. Location Of Injury |
|---|---|
| CHOKED ON FOOD | 940 NEW SALEM HWY, MURFREESBORO, TN |

PH-1665E

RDA 10112

I certify that this is a true and correct representation of the original certificate on file with the Tennessee Office of Vital Records. This copy is not valid unless prepared on security paper displaying the state seal and signature of the State Registrar.

Date Issued: Aug-28-2025

Edward G. Bishop III
State Registrar

John R. Dunn, DVM, PhD, EMBA-SL
Commissioner



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



LODGED

2-26-2026

## IN THE PROBATE COURT OF RUTHERFORD COUNTY, TENNESSEE

IN RE:                                          |

JOSEPH ADAM DENTON                |   Case No.

DECEASED                                     |

FILED
LISA CROWELL
COUNTY CLERK

FEB 27 2026

BY_____ D C

## ORDER TO APPOINT ADMINISTRATOR AD LITEM FOR
## CAUSE OF ACTION ONLY

This matter came before this Honorable Court upon the sworn Petition for Appointment of Administrator Ad Litem for Cause of Action Only submitted by Virginia Edwards ("Petitioner"). Upon the sworn testimony of the petitioner on February 24, 2024, the statements of counsel, and the record as a whole, it appears that Joseph Adam Denton ("Decedent") died on May 31, 2025 a resident of Rutherford County, Tennessee; that no other person is currently serving as administrator or executor of his estate; that appointment of an estate representative is necessary to prosecute wrongful death litigation on behalf of the Decedent's wrongful death beneficiaries; and that Petitioner is an interested person as a creditor of the estate.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

(a) That Virginia Edwards is hereby appointed as the Administrator Ad Litem for Cause of Action for the Estate of Joseph Adam Denton

(b) That this appointment shall be for the sole purpose of prosecuting a legal cause of action;

(c) That as Administrator Ad Litem, Virginia Edwards is granted authority to obtain any and all of decedent's medical records, and is further granted authority to confer on others the right to obtain decedent's medical records in compliance with the Health Insurance Portability and Accountability Act (HIPAA) and T.C.A. § 29-26-121.

(d) Notice to Creditors and Publication shall not be issued.

ENTERED THIS ___27___ DAY OF ___Feb___, 2026.

_____
HONORABLE JUDGE TOBY GILLEY

**CERTIFIED COPY**

State of Tennessee, County of Rutherford
The undersigned, County Clerk of said County and state, hereby certifies that the foregoing is a true and correct copy of the original document filed in the Office of the County Clerk
This ___27th___ day of ___February, 2026___
Lisa Crowell, Rutherford County Clerk
By:_____
Deputy Clerk

SEAL

Case 3:26-cv-00705    Document 11-2    Filed 06/01/26    Page 136 of 145 PageID #: 338

APPROVED FOR ENTRY:

DONALD K. BYRD, BPR#033231
The Higgins Firm
200 Hart Street
Nashville, TN 37210
(615) 353-0930
don@higginsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed via US Mail, postage prepaid to the following on this 24th day of February, 2026.

Timothy Dean Denton
4619 Highway 31 W
Cross Plains, TN 37049

/s/Donald K. Byrd
DONALD K. BYRD

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

## 1. PATIENT IDENTIFICATION:

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

## 2. PERSONAL REPRESENTATIVE IDENTIFICATION:

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

## 3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

## 5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION:** I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:

The Higgins Firm, PLLC
200 Hart Street
Nashville, TN 37210

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| **Complete Emergency Medical Transport & Health Record** | **History & Physical Exam** |
| **Complete Autopsy Report, Autopsy Photographs & Toxicology Report** | **Discharge Summary** |
| | **Consultation Reports Progress Notes** |
| **Complete Health Record from Physician's Office or Clinic or Chiropractor** | **Laboratory Test Results** |
| | **Radiology Reports** |
| **Complete Durable Medical Equipment Record/Medical Supply Record** | **Radiology Studies (Films & Images) to Match Attached Reports** |
| **Complete Prosthetic Equipment & Fitting Record** | **Operative Reports** |
| **Radiology Reports and Radiology Studies (Films & Images)** | **Pathology Reports & Pathology Slides** |
| | **Photos/Videos/Digital Images** |
| **Laboratory Test Results/Pathology Reports/Pathology Slides** | **Nursing Notes Activities of Daily Living** |
| | **Nutrition Records** |
| **Complete Inpatient and Outpatient Health Record** | **Complete Pharmacy/Prescription Record** |
| **Emergency Room Record** | **Complete Nursing Home Record** |
| | **Complete Funeral Home Record** |
| **Abstract of Health Record ( All Transcribed Physician Reports & Test Results)** | **Complete Dental Record** |
| | **Complete Billing Record / Itemized Statement** |

\*Any and all other records in your possession pertaining to: Joseph Adam Denton                                      .

\*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. __V.E.__ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE *Virginia Edwards*                      DATE: *3-5-26*

PRINTED NAME: Virginia Edwards                                      

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
Administrator Ad Litem of the Estate of John Adam Denton, deceased                    

THIS AUTHORIZATION WAS SIGNED BY Virginia Edwards                    
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE ___3 / 5 / 2026___
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

*[Notary seal: STATE OF TENNESSEE NOTARY PUBLIC — LUCAS CAMPBELL — DAVIDSON COUNTY]*

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

> Rudd Medical Services, P.L.C.
> c/o Registered Agent: Edward A. Hadley, Esq.
> 414 Union Street, Suite 1850
> Nashville, TN 37219-1783

**7. HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

Complete Emergency Medical Transport & Health Record

Complete Autopsy Report, Autopsy Photographs & Toxicology Report

Complete Health Record from Physician's Office or Clinic or Chiropractor

Complete Durable Medical Equipment Record/Medical Supply Record

Complete Prosthetic Equipment & Fitting Record

Radiology Reports and Radiology Studies (Films & Images)

Laboratory Test Results/Pathology Reports/Pathology Slides

Complete Inpatient and Outpatient Health Record

Emergency Room Record

Abstract of Health Record ( All Transcribed Physician Reports & Test Results)

History & Physical Exam

Discharge Summary

Consultation Reports Progress Notes

Laboratory Test Results

Radiology Reports

Radiology Studies (Films & Images) to Match Attached Reports

Operative Reports

Pathology Reports & Pathology Slides

Photos/Videos/Digital Images

Nursing Notes Activities of Daily Living

Nutrition Records

Complete Pharmacy/Prescription Record

Complete Nursing Home Record

Complete Funeral Home Record

Complete Dental Record

Complete Billing Record / Itemized Statement

*Any and all other records in your possession pertaining to: _Joseph Adam Denton_____.

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

**8. RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**9. RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_____ DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_____

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_____

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_____
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_____
SIGNED: _____ (witness/notary) OR
SEE E-SIGNATURE AUTHENTICATION PAGE

LUCAS CAMPBELL · STATE OF TENNESSEE · NOTARY PUBLIC · DAVIDSON COUNTY

# HIPAA COMPLIANT AUTHORIZATION FOR USE & DISCLOSURE OF INDIVIDUALLY IDENTIFIABLE AND PROTECTED HEALTH INFORMATION ("HEALTH INFORMATION")

**1. PATIENT IDENTIFICATION:**

PRINTED NAME: Joseph Adam Denton

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

DATE OF BIRTH: 7/20/1987          SOCIAL SECURITY NO.: 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

**2. PERSONAL REPRESENTATIVE IDENTIFICATION:**

PRINTED NAME: Virginia Edwards

RELATIONSHIP TO PATIENT: Administrator Ad Litem of the Estate of John Adam Denton, deceased

ADDRESS: 11041 S Windrow Road, Rockvale, TN 37153

**3. PURPOSE OF DISCLOSURE / USE: CIVIL LITIGATION**

**4. TIME LIMIT & RIGHT TO REVOKE AUTHORIZATION:** Except to the extent that action has already been taken in reliance on this Authorization, I understand this Authorization is voluntary and that I may revoke it at any time by submitting a notice in writing to the Record Custodian or organization(s) providing the health information. Unless revoked, this Authorization will expire at the occurrence of the following event: **final conclusion of the pending civil case.**

**5. PERSONS / ORGANIZATIONS AUTHORIZED TO DISCLOSE HEALTH INFORMATION:**

Rutherford County Adult Detention Center a/k/a Rutherford County;

Rudd Medical Services, P.L.C.;

Dr. John Daniel Rudd MD

**6. TO WHOM AND WHERE TO SEND DISCLOSED HEALTH INFORMATION: I Authorize the disclosure and use of the Health Information described above to the following person(s) or organizations:**

Rudd Medical Services, P.L.C.
c/o Registered Agent: Edward A. Hadley, Esq.
414 Union Street, Suite 1850
Nashville, TN 37219-1783

7. **HEALTH INFORMATION TO BE DISCLOSED:** (Including records/documents received from any other health care providers, therapists, or counselors) from: __ALL RECORDS__

**Hospital, nursing home, physician, health care providers, etc., including but not limited to:**

| | |
|---|---|
| Complete Emergency Medical Transport & Health Record | History & Physical Exam |
| Complete Autopsy Report, Autopsy Photographs & Toxicology Report | Discharge Summary |
| | Consultation Reports Progress Notes |
| Complete Health Record from Physician's Office or Clinic or Chiropractor | Laboratory Test Results |
| | Radiology Reports |
| Complete Durable Medical Equipment Record/Medical Supply Record | Radiology Studies (Films & Images) to Match Attached Reports |
| Complete Prosthetic Equipment & Fitting Record | Operative Reports |
| Radiology Reports and Radiology Studies (Films & Images) | Pathology Reports & Pathology Slides |
| | Photos/Videos/Digital Images |
| Laboratory Test Results/Pathology Reports/Pathology Slides | Nursing Notes Activities of Daily Living |
| | Nutrition Records |
| Complete Inpatient and Outpatient Health Record | Complete Pharmacy/Prescription Record |
| Emergency Room Record | Complete Nursing Home Record |
| Abstract of Health Record ( All Transcribed Physician Reports & Test Results) | Complete Funeral Home Record |
| | Complete Dental Record |
| | Complete Billing Record / Itemized Statement |

*Any and all other records in your possession pertaining to: Joseph Adam Denton                              .

*I understand that these records may contain sensitive information related to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS) and/or human immunodeficiency virus (HIV). The records may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse. _____ (Initial)

8. **RE-DISCLOSURE:** I understand the information disclosed by this Authorization may be subject to re-disclosure by the recipients(s) and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facilities, their employees, and officers are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

9. **RIGHTS OF PATIENT OR PERSONAL REPRESENTATIVE REQUESTING DISCLOSURE:** I understand that I do not have to sign this Authorization. I understand that signing this Authorization is not a condition of treatment, payment for services, enrollment, or eligibility for health plan benefits. I can inspect or copy the Health Information to be used or disclosed. I may see and receive a copy of this Authorization. I authorize the herein named person and/or organization to disclose the Health Information specified above. The information I am requesting may be sent by U.S. mail services, expedited mail services (such as Federal Express "FedEx", United Parcel Service "UPS", etc.) and/or electronic facsimile in accordance with the providers' facsimile policy. A facsimile, photo static, carbon or other copies of this Authorization are intended and shall be treated as an original.

SIGNATURE _Virginia Edwards_                DATE: _3-5-26_

PRINTED NAME: _Virginia Edwards_

IF SIGNED BY SOMEONE OTHER THAN PATIENT, INDICATE RELATIONSHIP:
_Administrator Ad Litem of the Estate of John Adam Denton, deceased_

THIS AUTHORIZATION WAS SIGNED BY _Virginia Edwards_
WHO WAS IDENTIFIED BY PICTURE I.D. ON THIS DATE _3/5/2026_
SIGNED: _____ (witness/notary OR
SEE E-SIGNATURE AUTHENTICATION PAGE

LUCAS CAMPBELL
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

U.S. Postal Service

Certified Mail Receipt

OUTBOUND TRACKING NUMBER
9414 7111 0549 5815 8184 13>

RETURN RECEIPT TRACKING NUMBER
9490911105495815818455

FEES

| | |
|---|---|
| Postage Per Piece | 2.17 |
| Certified Fee | 5.30 |
| Return Receipt Fee | 4.40 |
| **Total Postage & Fees:** | **$11.87** |

ARTICLE ADDRESS TO:

RUDD MEDICAL SERVICES, P.L.C.
c/o Registered Agent:
EDWARD A HADLEY, ESQ
414 UNION ST STE 1850
NASHVILLE TN 37219-1783

EAST STATION
MAR 1 3 2026
Postmark
Here
NASHVILLE, TN 37206

Denton, J NL 10

The Higgins Firm
200 Hart Street
Nashville, TN 37210

RECEIVED
APR 0 6 2026
By _____

Broken
Joseph Denton

CERTIFIED MAIL

063S0001443206

$11.87
US POSTAGE IMI
FIRST-CLASS
FROM 37210
03/13/2026
Stamps.com

9414 7111 0549 5815 8184 13

RUDD MEDICAL SERVICES, P.L.C.
c/o Registered Agent:
EDWARD A HADLEY ESQ
414 UNION ST STE 1850
NASHVILLE TN 37219-1783

ANK

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( ☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☑ Certified Mail®

Domestic Return Receipt

SENDER: COMPLETE THIS SECTION
■ Ensure Items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RUDD MEDICAL SERVICES, P.L.C.
c/o Registered Agent:
EDWARD A HADLEY, ESQ
414 UNION ST STE 1850
NASHVILLE TN 37219-1783

9490 9111 0549 5815 8184 55

2. Article Number (Transfer from service label)
9414 7111 0549 5815 8184 13

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Stamps.com     ★ 1-UP Laser Form ★
★ USA CMF - 134  05/25 ★

CERTIFIED MAIL

-R-T-S-   372195222-1N     04/02/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER